ORIGINAL

FILED

Lexus T. Ray _____ (Full Name)

lexiiluv112@gmail.com (Email Address)

3445 W. 76th Street _____ (Address Line 1)

Los Angeles, CA 90043 (Address Line 2)

(213) 812-4045 _____ (Phone Number)

Plaintiff in Pro Per

2024 OCT -1 PM 3:09

CLERK U.S. DISTRICT COURT
CENTRAL DIST OF CALIF.
LOS ANGELES

MRV

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

LEXUS THOMEKA RAY _____ ,

            Plaintiff,

vs.

CITY OF ORANGE POLICE DEPT#

et al.,

_____

_____

            Defendant(s).

Case No.: 2:24CV84456-SVW-SHK
(To be supplied by the Clerk)

**Civil Rights Complaint Pursuant to 42 U.S.C. § 1983 (non-prisoners)**

**Jury Trial Demanded**: ☒ Yes ☐ No

*(All paragraphs and pages must be numbered.)*

## I. JURISDICTION

1. This court has jurisdiction under 28 U.S.C. § 1331 and 28 U.S.C. § 1343. Federal question jurisdiction arises pursuant to 42 U.S.C. § 1983.

## II. VENUE

2. Venue is proper pursuant to 28 U.S.C. § 1391 because "Jurisdiction"

_____

_____

_____

Form prepared by Public Counsel. © 2010, 2023 Public Counsel. All rights reserved. Revised: October 2023

Civil Rights Complaint Pursuant to U.S.C. § 1983

1

## III. PARTIES

2

3.   Plaintiff   Lexus Thomeka Ray                                    resides at:
_____
                    *(your full name)*

3445 W. 76th Street
_____

Los Angeles, CA 90043
_____
                    *(your address)*

*(You should specifically identify each Defendant you intend to sue in a separate, numbered paragraph.)*

4. Defendant   Officer Roldan                                    works at
_____
                    *(full name of Defendant)*

City of Orange Police Department (Orange, California)
_____
                    *(Defendant's place of work)*

Defendant's title or position is   Police Officer
                                  _____
                                  *(Defendant's title or position at place of work)*

This Defendant is sued in his/her (check one or both):

    ☒ individual capacity                    ☒ official capacity

This Defendant was acting under color of law because: Officer violated

Citizen civil rights, via excessive force/assault and

refusing medical treatment.

5. Defendant   Officer Hernandez                                    works at
_____
                    *(full name of Defendant)*

City of Orange Police Department (Orange, California)
_____
                    *(Defendant's place of work)*

Defendant's title or position is   Police Officer
                                  _____
                                  *(Defendant's title or position at place of work)*

This Defendant is sued in his/her (check one or both):

    ☒ individual capacity                    ☒ official capacity

This Defendant was acting under color of law because:   Officer violated

Citizen civil rights, via excessive force/assault and

refusing medical treatment.

Civil Rights Complaint Pursuant to U.S.C. § 1983

1    ___. Defendant Officer Castaneda _____ works at

*Insert ¶ #*          *(full name of Defendant)*

City of Orange Police Department (Orange, California)      .

*(Defendant's place of work)*

5    Defendant's title or position is   Police Officer          .

*(Defendant's title or position at place of work)*

This Defendant is sued in his/her (check one or both):

☒ individual capacity            ☒ official capacity

This Defendant was acting under color of law because Officer violated

Citizen civil rights, via excessive force/assault and

refusing medical treatment

16   ___. Defendant John Does #1 – #5 _____ works at

*Insert ¶ #*          *(full name of Defendant)*

City of Orange Police Department (Orange, California)      .

*(Defendant's place of work)*

Defendant's title or position is   Police & Medical Personnel Staff

*(Defendant's title or position at place of work)*

This Defendant is sued in his/her (check one or both):

☒ individual capacity            ☒ official capacity

This Defendant was acting under color of law because Officer & Medical

Staff at Orange City Police Department failed to provide

medical/psychiatric/psychological treatment at police station

following excessive force/assault that occurred on streets.

Civil Rights Complaint Pursuant to U.S.C. § 1983

# IV. STATEMENT OF FACTS

*(Explain what happened in your own words. You do not have to cite legal authority in this section. Be specific about names, dates, and places. Explain what each Defendant did. Remember to number every paragraph.)*

. This American Citizen residing in the State of California

*Insert ¶ #*

was driving in City of Orange on or about the streets of Collins Avenue, Officer Roldan activated police car lights for traffic stop. This Citizen stopped per law, Officer Roldan began yelling/screaming at this Citizen that a citation will be issued due to traffic violations. Officer Roldan grabbed this Citizen wrist and pulled Citizen from car and leg swept to

the ground without justification or provocation. Officer

*Insert ¶ #*

Roldan punched this Citizen in the face while standing and again punched this Citizen in the face while on the ground. In fear of this Citizens life, this Citizen went into and maintained the fetal balled-up position on the ground to avoid further injury and confrontation. Officer Roldan also additionally layed across this Citizen causing injuries to

head, neck, back, arms, legs, along with mental and emotional

*Insert ¶ #*

injuries.

Officer Hernandez and Officer Casteneda arrived on the scene and caused additional compounded injuries grabbing this Citizens body, head, arms and legs again causing great pain to the body. Officers Roldan, Hernandez, and Casteneda after pulling Citizen from fetal position placed handcuffs on Person and arrested this Person for Assault & Resisting Arrest, and then transported this Citizen to police station.

Civil Rights Complaint Pursuant to U.S.C. § 1983

1   . This Citizen while in custody at Orange City Police Depart-

*Insert ¶ #*

2   ment requested medical attention and transport to a hospital

3   for treatment. Officer Roldan, Hernandez, and Casteneda did

4   not respond to request and ignored the request.

5

6

7

8

9

10   . This Citizen while in custody at Orange City Police Depart-

*Insert ¶ #*

11   ment asked unidentified Police Officers and Medical Staff

12   who walked by the area at times for medical attention and

13   transport to a hospital for treatment, no staff responded

14   to request and ignored request.

15

16

17

18

19   . This Citizen was charged with Resisting Arrest; Assault

*Insert ¶ #*

20   on a Police Officer among other charges per Penal Codes 69,

21   148, 245 & 243. All charges were dismissed, and the Jury con-

22   victed on misdemeanor Resisting Arrest. The case is currently

23   before the Appellate Division of the Central Justice Center

24   in Orange County represented by Attorney Silai Monmand, Esq.

25   . This Citizen is currently receiving both mental and medical

26   treatment from Professional Doctors and Psychologist/Mental

27   Health Staff.

28

# V. CLAIMS

## Claim #1

____. Plaintiff realleges and incorporates by reference all of the paragraphs above.

*Insert ¶ #*

____. Plaintiff has a claim under 42 U.S.C. §1983 for violation of the following

*Insert ¶ #*    federal constitutional or statutory civil right:

U.S. Constitution, Amendment 8 (Cruel & Unusual Punishment)

U.S. Constitution, Amendment 14 (Due Process/Equal Protection)

____. The above civil right was violated by the following Defendants:

*Insert ¶ #*

Officers Roldan, Hernandez, and Casteneda committed assault,
excessive force, and failed to protect the safety of this
Citizen.

*(You may list facts supporting your claim. Be specific about how each Defendant violated this particular civil right.)*

____. _____

*Insert ¶ #*

____. As a result of the Defendant's violation of the above civil right, Plaintiff

*Insert ¶ #*   was harmed in the following way:

Plaintiff suffered physical injury to head, neck, body,
arms, legs, along with mental and emotional injury.

Civil Rights Complaint Pursuant to U.S.C. § 1983

1

## Claim #(2   )

2
*(insert Claim#)*

3     __. Plaintiff realleges and incorporates by reference all of the paragraphs above.

4   *Insert ¶ #*

5         *(List any other legal claim you have that is related to your civil rights claim.)*

6   *Insert ¶ #* __.

      U.S. Const., Amendment 8 (Cruel & Unusual Punishment)

7     U.S. Const., Amendment 14 (Due Process/Equal Protection)

8

9

10

11     __. Plaintiff alleges the above claim against the following Defendant(s):

12   *Insert ¶ #*

13     Officer Roldan, Hernandez, and Casteneda failed to provide

14   medical treatment at the Orange City Police Department to

15   treat mental, physical injuries.

16         *(You may list facts supporting your claim. Be specific about how each Defendant violated the rights giving rise to this claim.)*

17     __. Defendants John Does #1 - #5 unidentified Police Officers

18   *Insert ¶ #* and Medical Staff at Orange City Police Department in the

19   near vacinity of the Plaintiff failed to provide medical

20   treatment and ignored medical request for treatment.

21

22

23

24     __. As a result of the Defendant's violation of the rights giving rise to this

25   *Insert ¶ #* claim, Plaintiff was harmed in the following way:

26         Plaintiff suffered physical injury to head, neck, body,

27   arms, legs, along with mental and emotional injury.

28

Civil Rights Complaint Pursuant to U.S.C. § 1983

# VI. REQUEST FOR RELIEF

WHEREFORE, the Plaintiff requests:

. (1) Declaratory Relief in that the Plaintiffs civil rights were violated by the Defendants.

. (2) Injunctive Relief in that the Plaintiffs civil rights were infringed/violated and the Defendants should be relieved of duty/occupation, and/or retrained by the City/County/State on the proper procedures for restraint of Citizens and medical treatment to Citizens.

. (3) Monetary Relief in the amount of damages for $5-million dollars for physical, mental and emotional injuries.

Dated: September 30, 2024

Sign: _____

Print Name: Lexus Thomeka Ray

Civil Rights Complaint Pursuant to U.S.C. § 1983

1

## DEMAND FOR JURY TRIAL

2

3  Plaintiff hereby requests a jury trial on all issues raised in this complaint.

4

5      Dated: _September 30, 2024_

6      Sign: _[signature]_

7      Print Name: _Lexus Tnomeka Ray_

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

Civil Rights Complaint Pursuant to U.S.C. § 1983

# ATTACHMENT

# Orange Police Department

CA

Case #:22-10-0118                                  Incident #: 22-10-0118.001

| Event |
|---|

| Supplemental Location (Address, City, State, Zip): | West Collins Avenue / North Main Street, Orange, CA. 92867 |
|---|---|
| CSI Conducted: | No |
| Audio/Video: | No |
| Translator Needed: | No |

| Vehicle (0) |
|---|

Damage:
Vehicle Condition:
Vehicle Recovery:
Who Recovered:

| Drug (0) |
|---|

Drug Activity:
Quantity / Amount:
Measure Type:

| Gun (0) |
|---|

Value On Recovery:

| Narrative (1) |
|---|

10/04/2022

FACTS:

On 10/03/22, I was working uniformed patrol for the City of Orange Police Department. I was driving a marked police vehicle equipped with a functioning Axon audio/video system, unit #1787. I was also wearing my department issued uniform which consisted of the following: a blue uniform shirt with a patch on each shoulder that reads, "Orange Police;" a police badge which reads, "Police Officer Orange Police 1559;" a black duty gun belt; blue uniform pants, black boots and my department issued body-worn camera ("BWC"). Both my vehicle's Axon system and my BWC were activated during this incident. The following is a synopsis of my involvement in this incident. For direct quotations or a chronological sequence of events, refer to my related Axon footage.

At approximately 2354 hours, I responded to the intersection of Main St. and Collins Ave. to assist Officer Roldan with a traffic enforcement stop. While I was still responding, Officer Roldan broadcast via radio a request for additional units, "Code 3." I activated my overhead emergency lights and siren, and responded to assist Officer Roldan.

**Orange Police Department**

CA

Case #:22-10-0118                                        Incident #: 22-10-0118.001

Upon arrival, I saw Officer Roldan holding down a female subject, later identified as Lexus Ray, in the roadway, on the driver's side of a black Hyundai Elantra. RAY repeatedly screamed out loud and appeared to be in an extremely agitated state. Additionally, RAY had tucked her knees towards her chest and was tucking her hands into her abdomen. I held RAY down on the right side of her body and repeatedly asked her to calm down. RAY disobeyed my order and continued to resist by tucking her hands into her abdomen. I applied pressure to RAY's upper back with my left shoulder to flatten her onto the ground as I pulled her right arm from underneath her body. When I had removed RAY's right arm from underneath her body, I stopped applying pressure with my shoulder and position her arm behind her back. Officer Roldan placed a handcuff on RAY's right wrist and Officer Castaneda, who later arrived, placed a handcuff on RAY's left wrist while Officer Roldan held RAY's left arm behind her back. Officer Castaneda and I stood RAY up, escorted her out of the roadway and sat her down on a nearby curb. Due to RAY's continued screaming, Officer Castaneda and I placed RAY in the rear seat of my patrol vehicle.

OFD responded to medically assess RAY for injuries. RAY refused to answer any of the paramedics' triage questions and became verbally hostile towards them, so OFD left the scene.

Officer Roldan later arrested RAY for PC 148(a)(1), PC 241(c), PC 243(b) and PC 69. See Officer Roldan's incident/arrest report for further details.

**EVIDENCE:**

BWC activated.

Unit #1787.

| Officer (2) | | |
|---|---|---|
| Reporting Officer: | Hernandez, David (1559) | 10/04/2022 01:32:00 |
| Approving Officer: | Sellers, Michael (1422) | 10/05/2022 02:01:55 |

# Orange Police Department

CA

Case #:22-10-0118                                           Arrest #: A22100050

| Event |
|---|

## W Collins Ave / N Main St ORANGE, CALIFORNIA 92868

| | |
|---|---|
| Date Arrest: | 10/03/2022 23:55:00 |
| Reporting Agency: | Orange Police Department |
| Arrest Agency: | Orange Police Department |
| Arrest Type: | ON-VIEW ARREST (APPREHENSION WITHOUT A WARRANT OR PREVIOUS INCIDENT REPORT) |
| Reason: | ON VIEW |
| Status: | Book |
| Reporting District: | RD 15 |
| Warrant Number: | |
| Multiple Arrest Segments: | NOT APPLICABLE |
| Arrest Disposition: | Referred to Other Authority |
| Juvenile: | No |
| Juvenile Disposition: | |
| Released To Agency: | OCJ |
| Description: | PC 69(a) Obstruct/Resist, PC 148(a)(1), PC 241(c), PC 243(b) |
| RD: | RD 15 |
| Booking Status: | Complete |
| Booking Number: | 3254172 |
| Date Booked: | 10/04/2022 01:52:00 |
| Disposition: | |
| Released To: | OCSD - OCJ |

# Orange Police Department

CA

Orange Police Department

Case #:22-10-0118                                          Arrest #: A22100050

| Arrestee |
|---|

## Ray, Lexus Thomeka

| | |
|---|---|
| Date Born: | 05/02/1995 |
| Age: | 27 |
| Age to: | |
| Sex: | FEMALE |
| Race: | Black or African American |
| Ethnicity: | NON-HISPANIC |
| Eye Color: | BROWN |
| Hair Color: | BLACK |
| Height: | 510 |
| Weight: | 173 |
| Marital Status: | SINGLE |
| Home #: | |
| Hair Length: | BALD / BALDING |
| City of Orange Resident?: | RESIDES IN STATE BUT NOT JURISDICTION |
| Glasses: | |
| License Number: | F4256621 |
| State: | CALIFORNIA |
| Was Armed: | |
| Arrestee Armed With: | UNARMED |
| Medical Condition/Medications: | |
| Address: | 3445 W 76th st |
| City: | Los Angeles |
| State: | CALIFORNIA |
| Zip Code: | 90043 |
| Occupation Code/Description: | UNKNOWN OR NOT STATED |

| Charge (4) |
|---|

# Orange Police Department
CA

Orange Police Department

---

Case #:22-10-0118                                      Arrest #: A22100050

---

## 241(C) ASSAULT ON PEACE OFFICER/FIREFIGHTERS/ETC

| | |
|---|---|
| Fingerprints Collected: | No |
| DNA Sample Collected: | No |
| Mug Photo Taken: | No |
| UCR/NIBRS Code: | 13B SIMPLE ASSAULT |
| Felony/Misdemeanor: | MISDEMEANOR |
| Degree: | PC |
| State Code: | 396 |
| UCR Hierarchy: | 90200 |
| Disposition: | |
| LED Code/Law Enforcement Disposition: Suspected of Using: | MISDEMEANORS |
| Counts: | 1 |
| WIC 601: | No |
| WIC 602: | No |
| WIC 300: | No |

## 69(A) OBSTRUCT/RESIST EXEC OFCR

| | |
|---|---|
| Fingerprints Collected: | No |
| DNA Sample Collected: | No |
| Mug Photo Taken: | No |
| UCR/NIBRS Code: | 13B SIMPLE ASSAULT |
| Felony/Misdemeanor: | MISDEMEANOR |
| Degree: | PC |
| State Code: | 346 |
| UCR Hierarchy: | 89500 |
| Disposition: | |
| LED Code/Law Enforcement Disposition: Suspected of Using: | MISDEMEANORS |
| Counts: | 1 |
| WIC 601: | No |
| WIC 602: | No |
| WIC 300: | No |

---

# Orange Police Department

CA

Case #:22-10-0118                                      Arrest #: A22100050

## 148(A)(1) OBSTRUCT/RESIST/ETC PUBLIC/PEACE OFFICER/EMERGENCY MED TECH

| | |
|---|---|
| Fingerprints Collected: | No |
| DNA Sample Collected: | No |
| Mug Photo Taken: | No |
| UCR/NIBRS Code: | 90Z ALL OTHER OFFENSES |
| Felony/Misdemeanor: | MISDEMEANOR |
| Degree: | PC |
| State Code: | 346 |
| UCR Hierarchy: | 89500 |
| Disposition: | |
| LED Code/Law Enforcement Disposition: | MISDEMEANORS |
| Suspected of Using: | |
| Counts: | 1 |
| WIC 601: | No |
| WIC 602: | No |
| WIC 300: | No |

## 243(B) BATTERY ON PEACE OFFICER/EMERGENCY PERSONNEL/ETC

| | |
|---|---|
| Fingerprints Collected: | No |
| DNA Sample Collected: | No |
| Mug Photo Taken: | No |
| UCR/NIBRS Code: | 13B SIMPLE ASSAULT |
| Felony/Misdemeanor: | MISDEMEANOR |
| Degree: | PC |
| State Code: | 397 |
| UCR Hierarchy: | 89800 |
| Disposition: | |
| LED Code/Law Enforcement Disposition: | MISDEMEANORS |
| Suspected of Using: | |
| Counts: | 1 |
| WIC 601: | No |
| WIC 602: | No |
| WIC 300: | No |

---
### Alcohol Drug Test (0)
---

### Unknown

Consent:

Test Type:

BAC Results:

---
### Narrative (1)
---

10/05/2022

During a traffic stop, the driver, Ray, refused to provide me with her name and CDL. Ray attempted to
close her door while I was speaking with her and I grabbed onto her left wrist and a brief struggle

# Orange Police Department

CA

Orange Police Department

---

Case #:22-10-0118                                        Arrest #: A22100050

---

ensued. Ray refused to comply and assaulted me with her iPhone. I eventually gained compliance and
arrested Ray for PC 148(a)(1), PC 241(c), PC 243(b) and PC 69.

| Officer (2) | | |
|---|---|---|
| **Arresting Officer:** | Roldan, Casandra  (1578) | |
| **Approving Officer:** | Sellers, Michael  (1422) | 10/05/2022 03:04:23 |

| Attachment Data (2) | |
|---|---|
| Description: | Description: |
| File Name:    22-10-0118 ARREST PAPERWORK.pdf | File Name:    22-10-0118 PC DEC.pdf |

# Orange Police Department

CA

Orange Police Department

Case #:22-10-0118                                        Incident #: 22-10-0118

| Vehicle (1) |
|---|

## 2017 Hyundai Elantra

| | |
|---|---|
| Related Offenses: | |
| Plate No.: | RTN 4522 |
| State of Plate: | TEXAS |
| Expires: | 03/01/2023 |
| Property Class: | AUTOMOBILES |
| Vehicle Type: | AUTO |
| VIN: | 5NPD84LF3HH152628 |
| Serial: | |
| Style: | AUTO 4 DOOR |
| Color(s): | Black |
| Damage: | |
| Vehicle Condition: | |
| Person / Business Related To: | Ray Lexus Thomeka |
| Comments: | VC 22651 (H) |
| Year of Plate: | 2023 |
| Suffix: | |
| Date of Birth: | |
| Apartment: | |
| Who Recovered: | |

| Property (0) |
|---|

Recovery Address:

Property Recovered Code:

| Drug (0) |
|---|

Drug Activity:

Quantity / Amount:

Measure Type:

Recovered Value:

| Gun (0) |
|---|

Value On Recovery:

| Narrative (1) |
|---|

10/05/2022

FACTS:

On October 3, 2022, I was working uniformed patrol for the City of Orange Police Department.  I was

**Orange Police Department**

CA

Case #:22-10-0118                                          Incident #: 22-10-0118

wearing a navy long sleeve with "Orange Police" patches on each side of my shoulder and my badge was
over my left chest. I was wearing a department issued equipment belt, my gun in a holster on the right
side of my waist and taser on the left side of my waist. I also had handcuffs, extra magazines, and police
radio on my duty belt. I was driving a marked black and white police vehicle equipped with overhead
emergency lights, unit #1826. My vehicle was equipped with a working Mobile Audio and Video (MAV)
system, and my Body Worn Camera (BWC), which were both activated. Prior to the start of my shift, I
tested my overhead emergency lights and sirens and they worked correctly.

At approximately 2351 hours, I observed a black Hyundai (Texas license plate RTN 4522) driving
westbound on Collins Ave. in the #1 lane. The vehicles' speed was approximately 20-25 mph in a 40 mph
zone. The vehicle drove to the #1 westbound lane and I followed the vehicle. The traffic signal turned
red and the vehicle stopped approximately 65 feet from the limit line on Collins Ave. There were no
other vehicle around at the time and the vehicle stopped in a no stopping zone. The traffic signal
immediately turned green and the vehicle was still stopped approximately 65 feet from the limit line, a
CVC violation of 21451(a). The vehicle was stopped for approximately 25 seconds and proceeded
straight and stopped at the limit line for the red light. The traffic signal phased to a green light and the
vehicle did not proceed straight or turn. Based on the females unusual driving, I believed she
was possibly under the influence of alcohol/controlled substance. After approximately 7 seconds, the
female driver opened the door and I activated my overhead emergency lights and initiated a traffic stop.

I contacted the driver, who was later positively identified by her CDL as Lexus Thomeka Ray (CDL
F4256621). Ray's front driver door was open, her left leg was out of the vehicle while her right leg was
inside her vehicle. I asked Ray if she was lost because she was stopped at a green light and that was
unusual. Ray seemed agitated and told me she was trying to figure out who was following behind her
and that she was "terrified". I asked Ray if she wanted to pull into a safe spot to talk as I pointed across
the street to a lit up parking lot. Ray refused and repeatedly stated she was trying to figure out who was
following her and that I was scaring her. Ray got back into her vehicle and I spoke with her while
standing between her and her open door. I told Ray that I am a Police Officer with Orange Police
Department and she continued to say she was scared of me. I repeated myself and told Ray I am a Police
Officer and I stopped her because she was stopped at a green light (CVC violation of 21451(a)) and asked
her for her driver's license. Ray stated, "I do, but I don't need to give it to you". I asked Ray five more
times to provide me with her driver's license and she refused, a CVC violation 12951(b).

Ray told me to move as she attempted to close her driver side door with her left hand. I told Ray not to
close her door as I grabbed onto her left wrist to prevent her from closing the driver door. Ray pulled
away and stepped out of her vehicle. Ray was standing approximately 3 -5 inches away from me and
stated, "Do not touch me, back up" as she flailed both her hands towards me, hitting my arms and chest.
I attempted to pull Ray away from her vehicle to prevent her from re-entering. Ray used her right arm to
hold onto her door from preventing me from pulling her away. During the brief struggle, my body worn
camera fell face up and captured some of the incident. While attempting to pull Ray away from her
vehicle to prevent her from reentering, Ray swung her right hand towards my face while she held her
iPhone in her hand. Ray struck my left side of my forehead above my eyebrow with her iPhone. I
sustained an approximate 1" raised contusion to my forehead. I immediately used my right fist to hit
Ray's left side of her face to gain compliance. Ray refused to let go of the door and I used my right leg to

**Orange Police Department**

CA

leg sweep Ray to gain compliance. Ray fell to the ground between the #1 and #2 westbound lane and I fell on top of her. I told Ray several times to stop resisting and she continued to scream and pull her arms away from me. Ray had tucked her knees towards her chest and was tucking her hands into her abdomen as I attempted to pull her hands behind her back. I used my right fist to hit the left side of Ray's face to gain compliance as she continued to scream and I was able to grab onto her left hand. I held Ray's body down until Officer Hernandez arrived.

Officer Hernandez arrived and held Ray down on the right side of her body and repeatedly asked her to calm down. Ray continued to disobey orders and continued to resist by tucking her hands into her abdomen. I placed a handcuff on Ray's right wrist and Officer Castaneda, who later arrived, placed a handcuff on Ray's left wrist while I held Ray's left arm behind her back. Officer Hernandez and Officer Castaneda stood Ray up, escorted her out of the roadway and sat her down on a nearby curb. Due to Ray's continued screaming, Officer Castaneda and Officer Hernandez placed Ray in the rear seat of Officer Hernandez' patrol vehicle.

Orange Fire Department arrived on scene and attempted to access Ray. Ray refused to answer their questions and refused medical attention.

Refer to Officer Hernandez' supplemental report for further.

There were no witnesses to the incident.

Officer Castaneda took photographs of my injuries. I sustained an approximate 1" raised contusion to the left side of my face above my eyebrow, a small laceration to my right index finger, a swollen left pinky and a 4" x 5" bruise to my left bicep. Ray denied any injuries. The photographs were later uploaded into DIMS at OPD.

I later arrested Ray for PC 148(a)(1), PC 241(c), PC 243(b) and PC 69. I read Ray her Miranda Rights per OPD Form 5.11. Ray refused to speak with me and asked for my sergeant. Sergeant Sellers was standing behind me and attempted to speak with Ray, but she refused to speak with him.

During the struggle with Ray, she assaulted me with her iPhone. I collected her iPhone and later booked it into evidence at OPD.

Ray was later transported to OCJ where she was booked for the above violations.

**STATEMENTS:**

See above statements.

**EVIDENCE:**

I booked Ray's iPhone into evidence at OPD.

**DIPOSITION:**

I request filing against Ray for PC 148(a)(1), PC 241(c), PC 243(b) and PC 69.













S   E   R   V   I   C   E