# IN THE UNITED STATES DISTRICT COURT

# FOR THE CENTRAL DISTRICT OF CALIFORNIA

LEXUS THOMEKA RAY

               Plaintiff,

     v.

CITY OF ORANGE, et al.,

               Defendants.

Case No. 2:24-cv-08456-SVW-MBK

ORDER ACCEPTING FINDINGS AND RECOMMENDATIONS OF UNITED STATES MAGISTRATE JUDGE

Pursuant to 28 U.S.C. § 636, the Court reviewed the Complaint, the records on file, and the Report and Recommendation of the United States Magistrate Judge. Plaintiff has not filed any written objections to the report. The Court accepts the findings and recommendation of the Magistrate Judge except that the Court will dismiss the action with prejudice in light of the numerous opportunities given to Plaintiff to amend his complaint.

IT IS ORDERED that Judgment be entered dismissing the action with prejudice.

DATE: May 15, 2026

_____
HON. STEPHEN V. WILSON
UNITED STATES DISTRICT JUDGE