JS-6

# IN THE UNITED STATES DISTRICT COURT

# FOR THE CENTRAL DISTRICT OF CALIFORNIA

LEXUS THOMEKA RAY

Plaintiff,

v.

CITY OF ORANGE, et al.,

Defendants.

Case No. 2:24-cv-08456-SVW-MBK

JUDGMENT

Pursuant to the Order Accepting Findings and Recommendations of the United States Magistrate Judge,

IT IS ADJUDGED that this case is dismissed with prejudice.

DATE: May 15, 2026

_____

HON. STEPHEN V. WILSON
UNITED STATES DISTRICT JUDGE